### 14785. NEWMAN *v.* THE STATE.

BROYLES, C. J. The defendant was indicted in two counts, for the offense of forgery and for the offense of knowingly uttering a forged instrument, and was convicted of the latter offense. The evidence authorized the verdict, and, under all the particular facts of the case, no reversible error was committed upon the trial. The overruling of the motion for a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1923.

Indictment for forgery; from Appling superior court—Judge Highsmith. June 2, 1923.

*H. J. Lawrence,* for plaintiff in error.

*Wade H. Watson, solicitor-general pro tem.,* contra.